IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Deon L. Nelson (Lamar),

(Enter the full name of the plaintiff.)

FILED

OCT 2 8 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

v.                                            Case No. CIV-22-943-D
                                              (Court Clerk will insert case number)

(1) Grady County Chickasha, OK Health Department Louise Foster (nurse)
(2) Grady County Chickasha, OK Chickasha Jr. High School Kathrine Ridenhour
(3) Grady County Chickasha, OK, D.H.S., C.P.S, Dick Jones, Kathy Singer
                                                                Shannon Martin

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee). The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. See 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

5.)   I am presently employed: ☐ YES  ☒ NO
(a) If the answer is "Yes," state the amount of your salary or wages per month, and give the name and address of your employer: _incarcerated since 10/2002 11/2004_

(b) If the answer is "No," state the date of last employment and the amount of the salary and wages per month which you received: _incarcerated since 10/2002 11/2004_

6.)   Within the past twelve months I have received money from the following sources:
  (a)   Business, profession, or form of self-employment?
        ☐ YES  ☒ NO
  (b)   Rent payments, interest, or dividends?
        ☐ YES  ☒ NO
  (c)   Pensions, annuities, or life insurance payments?
        ☐ YES  ☒ NO
  (d)   Social security, Veterans Administration, disability pensions, workmen's compensation, or unemployment benefits?
        ☐ YES  ☒ NO
  (e)   Gifts or inheritances?
        ☐ YES  ☒ NO
  (f)   Any other sources?
        ☐ YES  ☒ NO

  If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months: _incarcerated since 10/2002 11/2004_

7.)   I own cash, including funds in my prison/jail accounts, including any mandatory institutional savings accounts:
        ☒ YES  ☐ NO
  If the answer is "Yes," state the total amount of cash owned: _Varies, depending_

8.)   I own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing).
        ☐ YES  ☒ NO

_I have been incarcerated since Oct 2002 and in prison since 2004. I own no personal property; or land property except my personal prison property. I am a "prison pauper", currently unemployed. 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_

**IV.   Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

   Name and any aliases: _____None_____

   Address: _____None_____

   Inmate No.: _____None_____

2. Defendant No. 1

   Name and official position: _____None_____

   _____

   Place of employment and/or residence: _____None_____

   _____

   How is this person sued?  ( ) official capacity, ( ) individual capacity, ( ) both

3. Defendant No. 2

   Name and official position: _____None_____
   _____None_____

   Place of employment and/or residence: _____None_____

   _____

   How is this person sued?  ( ) official capacity, ( ) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

None

Rev. 10/20/2015

II. **State whether you are a:**

☒ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

III. **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

   Plaintiff(s): None

   Defendant(s): None

   b. Court and docket number: None

   c. Approximate date of filing: None

   d. Issues raised: None

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): None

   f. Approximate date of disposition: None

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.


## COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

   X   42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below: 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3)

   if any other jurisdiction(s) applies to this application please provide to plaintiff.

   —thanks

Rev. 10/20/2015