IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEON LAMAR NELSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-943-D |
| LOUISE FOSTER, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

**IT IS SO ORDERED** this 30th day of December, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge